# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number: 3:20-po-020 |
| -vs- | : | District Judge Michael J. Newman |
| PHILLIP A. CLARK, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon the Government's motion to Dismiss, [25], the above-referenced case is hereby DISMISSED.

June 8, 2021                                       s/Michael J. Newman
                                                                              Michael J. Newman
                                                                              United States District Judge